UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BIJAN NIKFARD,

          Plaintiff,

    v.

STATE FARM FIRE AND CASUALTY COMPANY,

          Defendant.

Cause No. C19-6001RSL

ORDER REGARDING CROSS-MOTIONS TO SEAL

This matter comes before the Court on the parties' cross-motions to seal. Dkt. # 44 and Dkt. # 51. Having reviewed the memoranda, declarations, and exhibits submitted by the parties and having considered the information that was important to the resolution of Eberl Claims Service's motion for summary judgment, the Court hereby directs the Clerk of Court to unseal Dkt. # 47 and Dkt. # 47-2. Dkt. # 47-1 shall remain under seal.

Dated this 24th day of March, 2021.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER REGARDING CROSS-MOTIONS TO SEAL - 1